# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN CROWTHERS** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **19-00631** |
| **MOUNTAIN PRODUCTIONS, INC., ET AL.** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 22nd day of July, 2019, upon consideration of Plaintiff's Motion to Remand (Doc. No. 2), Defendant National Football League's Response (Doc. No. 4), Plaintiff's Reply Brief (Doc. No. 5), and Plaintiff's Supplemental Reply Brief (Doc. No. 6), it is hereby **ORDERED** that the Motion is **GRANTED** and the case is **REMANDED** to the Pennsylvania Court of Common Pleas for Philadelphia County. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**MITCHELL S. GOLDBERG,        J.**